ANNA M. ERNST, Respondent, v. WILLIAM HARRES, Also Known as WILHELM HARRES, Appellant.— Action to recover for personal injuries as a consequence

of a collision of the defendant's car with the plaintiff's car at a street intersection. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.